UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                   :
UNITED STATES OF AMERICA,          :
                                                   :
                     -v-                          :
                                                   :          1:22-cr-532-GHW-5
                                                   :
JOSE WALTER HERNANDEZ LOZANO,   :          ORDER
                                                   :
                                  Defendant.  :
------------------------------------------------------------- X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/24/2023

GREGORY H. WOODS, United States District Judge:

       A proceeding with respect to defendant Jose Walter Hernandez Lozano is scheduled for October 26, 2023 at 1:00 p.m. in Courtroom 12C, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007.

       SO ORDERED.

Dated: October 24, 2023
           New York, New York

                                                               _____
                                                                      GREGORY H. WOODS
                                                                  United States District Judge