**MEMORANDUM ENDORSED**

# LAW OFFICES OF
# DANIEL A. MCGUINNESS, P.C.

353 LEXINGTON AVE., SUITE 900, NEW YORK, NY 10016
TEL: (646) 360-0436 • FAX (888) 679-0585 • DAN@LEGALMCG.COM

January 29, 2024

<u>VIA ECF</u>

Hon. Gregory H. Woods
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/30/2024
```

Re:   *United States v. Jose Walter Hernandez Lozano*, 22-cr-532(GHW)

Dear Judge Woods,

    I represent Jose Walter Hernandez Lozano in the above-captioned matter. I write to request a 60-day adjournment of sentencing presently scheduled for February 12, 2024. This is the first such request. The government consent to this request. As such, I respectfully request an adjournment of sentencing to April 22, 23, 24 or 25, which are available dates for both parties.

    I am requesting this adjournment because I am currently in the process of obtaining mitigation material from Mr. Hernandez Lozano's home country of Colombia. These materials have been difficult to obtain as they are located outside the country and require translation. There are many such outstanding documents that I am still awaiting that will bear upon the proper sentence in this matter.

    I thank the Court in advance for its consideration of this matter.

Sincerely,

Daniel McGuinness

---

Application granted in part. The dates that the parties requested are not available. The sentencing hearing scheduled in this matter for February 12, 2024 is adjourned to April 16, 2024 at 1:00 p.m. The defendant's sentencing submissions are due no later than April 2, 2024 the Government's sentencing submissions are due no later than April 9, 2024. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 63.

SO ORDERED.

Dated: January 30, 2024
New York, New York

GREGORY H. WOODS
United States District Judge