# MEMORANDUM ENDORSED

## LAW OFFICES OF
## DANIEL A. McGUINNESS, P.C.

353 Lexington Ave., Suite 900, New York, NY 10016
Tel: (646) 360-0436 • Fax (888) 679-0585 • Dan@LegalMCG.com

April 2, 2024

| USDC SDNY |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: |
| DATE FILED: 4/3/2024 |

<u>VIA ECF</u>

Hon. Gregory H. Woods
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007

Re:   *United States v. Jose Walter Hernandez Lozano*, 22-cr-532(GHW)

Dear Judge Woods,

    I represent Jose Walter Hernandez Lozano in the above-captioned matter. I write to request a 30-day adjournment of sentencing presently scheduled for April 16, 2024. This is the second such request. The government consent to this request.

    I am requesting this adjournment because I have encountered continuing difficulty in the process of obtaining mitigation material from Mr. Hernandez Lozano's home country of Colombia. These materials have been difficult to obtain as they are located outside the country and require translation. I have recently lost contact with the sole family member who spoke English who was organizing the materials and am establishing contact with another individual. I believe these materials will be essential to crafting the appropriate sentence in this matter.

    I thank the Court in advance for its consideration of this matter.

Sincerely,

Daniel McGuinness

---

Application granted.  The sentencing hearing scheduled in this matter for April 16, 2024 is adjourned to May 22, 2024 at 1:00 p.m. The defendant's sentencing submissions are due no later than May 8, 2024 the Government's sentencing submissions are due no later than May 15, 2024.

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 75.

SO ORDERED.

Dated:  April 3, 2024
New York, New York

GREGORY H. WOODS
United States District Judge