# LAW OFFICES OF
# DANIEL A. MCGUINNESS, P.C.

353 LEXINGTON AVE., SUITE 900, NEW YORK, NY 10016
TEL: (646) 360-0436 · FAX (888) 679-0585 · DAN@LEGALMCG.COM

May 9, 2024

<u>VIA ECF</u>     **MEMORANDUM ENDORSED**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/9/2024
```

Hon. Gregory H. Woods
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007

Re:   *United States v. Jose Walter Hernandez Lozano*, 22-cr-532(GHW)

Dear Judge Woods,

I represent Jose Walter Hernandez Lozano in the above-captioned matter. I write to request a 30-day adjournment of sentencing presently scheduled for May 22, 2024. This is the third such request. The government consent to this request.

This request follows previous requests to for additional time to obtain and translate documents relevant to sentencing. The translation process has taken longer than expected. My translator is still in the process of translating materials to be used in the sentencing submission. I believe this process will be completed in time for a sentencing in approximately 30 days.

I thank the Court in advance for its consideration of this matter.

Sincerely,

Daniel McGuinness

Application granted. The sentencing hearing scheduled for May 22, 2024 is adjourned to June 26, 2024 at 10:00 a.m. The defendant's sentencing submissions are due no later than two weeks prior to the sentencing hearing. The Government's sentencing submissions are due no later than one week prior to the sentencing hearing. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 84.

SO ORDERED.

Dated: May 9, 2024
New York, New York

_____
GREGORY H. WOODS
United States District Judge