USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/11/2024

# LAW OFFICES OF
# DANIEL A. McGUINNESS, P.C.

353 LEXINGTON AVE., SUITE 900, NEW YORK, NY 10016
TEL: (646) 360-0436 • FAX (888) 679-0585 • DAN@LegalMCG.COM

**MEMORANDUM ENDORSED**

June 11, 2024

<u>VIA ECF</u>

Hon. Gregory H. Woods
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007

Application granted. The sentencing hearing scheduled in this matter for June 26, 2024 is adjourned to July 26, 2024 at 10:00 a.m. The defendant's sentencing submissions are due no later than two weeks prior to the sentencing hearing. The Government's sentencing submissions are due no later than one week prior to the sentencing hearing.
The Clerk of Court is directed to terminate the motion pending at Dkt. No. 92.

SO ORDERED.
Dated: June 11, 2024
New York, New York

_____
GREGORY H. WOODS
United States District Judge

Re:   *United States v. Jose Walter Hernandez Lozano*, 22-cr-532(GHW)

Dear Judge Woods,

I represent Jose Walter Hernandez Lozano in the above-captioned matter. I write to request a 30-day adjournment of sentencing presently scheduled for June 26, 2024. This is the fourth such request. The government does not object to this request.

This request follows previous requests to for additional time to obtain and translate documents relevant to sentencing. While the initial translations have been completed, I am still in communication with my client's family in Colombia to receive additional information that I believe will assist the Court in fashioning the appropriate sentence. My office has a Spanish speaking paralegal beginning next week that I believe will be able to assist in completing this process in a timely fashion. Additionally, I have been in communication with the Colombian consulate's office who informs me that they may be filing a letter regarding the conditions of the MDC as it relates to their citizens. This letter may also be relevant to Mr. Lozano's sentencing as he has been held there for a considerable time.

I thank the Court in advance for its consideration of this matter.

Sincerely,

Daniel McGuinness